

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| John Ivan Kocak | Civil Action No.   15cv2815-JAH-JLB |
| Plaintiff, | |
| V. | |
| M.E. Spearman | JUDGMENT IN A CIVIL CASE |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

1. Petitioner's objections [Doc. No. 33] to the magistrate judge's report and recommendation are OVERRULED; 2. The findings and conclusions of the magistrate judge presented in the report and recommendation are [Doc. No. 30] ADOPTED in their entirety; 3. Respondent's Motion to Dismiss [Doc. No. 11] is GRANTED; 4. Petitioner's certificate of appealability is DENIED.

Date:   3/30/17

CLERK OF COURT
JOHN MORRILL, Clerk of Court
By:  s/ A. Finnell-Yepez
A. Finnell-Yepez, Deputy